# UNITED STATES BANKRUPTCY COURT
## NORTHERN  **DISTRICT OF**  OHIO

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| PARSON, KENNETH P. | § | Case No. 17-11158 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TRUSTEE VIRGIL E. BROWN, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: 1,889.67

Total Distributions to Claimants:  1,629.01

Claims Discharged
Without Payment:  0.00

Total Expenses of Administration:  758.86

---

3) Total gross receipts of $ 3,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 612.13  (see **Exhibit 2**), yielded net receipts of $ 2,387.87  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 55,649.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 758.86 | 758.86 | 758.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,824.00 | 1,595.34 | 1,595.34 | 1,629.01 |
| **TOTAL DISBURSEMENTS** | $ 61,473.00 | $ 2,354.20 | $ 2,354.20 | $ 2,387.87 |

4)  This case was originally filed under chapter 7 on  03/06/2017 .  The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/03/2019                          By:/s/TRUSTEE VIRGIL E. BROWN, JR.
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference/Fraudulent Transfer - Daughter | 1241-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KENNETH P. PARSON | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 612.13 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 612.13** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Keybank NA 4910 Tiedeman Rd Brooklyn, OH 44144-2338 | | 29,637.00 | NA | NA | 0.00 |
| | Keybank NA 4910 Tiedeman Rd Brooklyn, OH 44144-2338 | | 26,012.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 55,649.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:TRUSTEE VIRGIL E. BROWN, JR. | 2100-000 | NA | 596.97 | 596.97 | 596.97 |
| TRUSTEE EXPENSES:TRUSTEE VIRGIL E. BROWN, JR. | 2200-000 | NA | 11.89 | 11.89 | 11.89 |
| BANK OF KANSAS | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| BOK Financial | 2600-000 | NA | 140.00 | 140.00 | 140.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 758.86 | $ 758.86 | $ 758.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fidelity National collections 220 E Main St Alliance, OH 44601-2423 | | 2,900.00 | NA | NA | 0.00 |
| | Key Bank NW 4910 Tiedeman Rd Cleveland, OH 44144-2338 | | 2,374.00 | NA | NA | 0.00 |
| | Pulmonary Physicians Inc 2600 Tuscarawas St W # 100 Canton, OH 44708-4696 | | 50.00 | NA | NA | 0.00 |
| 000001 | DIRECTV, LLC | 7100-000 | NA | 302.69 | 302.69 | 302.69 |
| 000002 | AULTMAN HOSPITAL | 7200-000 | 500.00 | 1,292.65 | 1,292.65 | 1,292.65 |
| | AULTMAN HOSPITAL | 7990-000 | NA | NA | NA | 27.28 |
| | DIRECTV, LLC | 7990-000 | NA | NA | NA | 6.39 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 5,824.00 | $ 1,595.34 | $ 1,595.34 | $ 1,629.01 |

| Case No: | 17-11158 | JPS | Judge: JESSICA PRICE SMITH | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|---|---|

Case Name: PARSON, KENNETH P.

Date Filed (f) or Converted (c): 03/06/17 (f)

341(a) Meeting Date: 04/13/17

For Period Ending: 10/03/19

Claims Bar Date: 09/15/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Real Estate: 4203 30th St NE Canton OH 44705 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 3. Preference/Fraudulent Transfer - Daughter (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 4. Key Bank account (u) | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $500.00 | $3,000.00 | | $3,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/18 Key Bank deciding if they are going to file a proof or we will close the case in August.

Funds received. Claims to be reviewed after 9/15/17. July 13, 2017, 09:47 am

Counsel called. Daughter is sending us a cashier's check for the full $3k. Debtor repaid her for home repairs made
last year. June 13, 2017, 12:41 pm

Motion for TO of documentation filed. May 23, 2017, 09:53 am

E-mail to counsel for explanation of what account number 350063035249 is. See transfers into debtor's checking (xxx648)
from xx5249. May 02, 2017, 12:26 pm

E-mail to counsel for unscheduled bank account statement for February and March, 2017. April 28, 2017, 09:30 am

| | | |
|---|---|---|
| Case No: | 17-11158     JPS    Judge: JESSICA PRICE SMITH | Trustee Name:    TRUSTEE VIRGIL E. BROWN, JR. |
| Case Name: | PARSON, KENNETH P. | Date Filed (f) or Converted (c):  03/06/17 (f) |
| | | 341(a) Meeting Date:  04/13/17 |
| | | Claims Bar Date:  09/15/17 |

Trustee is pursuing funds on deposit.  April 18, 2017, 04:04 pm

Initial Projected Date of Final Report (TFR): 12/31/18          Current Projected Date of Final Report (TFR): 12/31/18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 17-11158 -JPS |
| Case Name: | PARSON, KENNETH P. |
| Taxpayer ID No: | *******7856 |
| For Period Ending: | 10/03/19 |

| | |
|---|---|
| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Bank Name: | BOK FINANCIAL |
| Account Number / CD #: | *******7614 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 2,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/15/17 | 3 | KENNETH P. PARSON 6415 SQUIRREL NEST DR LORAIN, OH 44053-4344 | preference claim | 1241-000 | 3,000.00 | | 3,000.00 |
| 06/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,990.00 |
| 07/31/17 | | Bank of Kansas | Bank Service Fee | 2600-000 | | 10.00 | 2,980.00 |
| 08/11/17 | 010001 | Bankruptcy Estate of Kenneth Parson | transfer funds from successor tee | 9999-000 | | 2,980.00 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 3,000.00 | 3,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,980.00 |
| Subtotal | 3,000.00 | 20.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 3,000.00 | 20.00 |

Page Subtotals     3,000.00     3,000.00

Ver: 22.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 17-11158 -JPS | |
| Case Name: | PARSON, KENNETH P. | |
| | | |
| Taxpayer ID No: | *******7856 | |
| For Period Ending: | 10/03/19 | |

| | | |
|---|---|---|
| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. | |
| Bank Name: | BOK FINANCIAL | |
| Account Number / CD #: | *******7053  Checking Account | |
| | | |
| Blanket Bond (per case limit): | | |
| Separate Bond (if applicable): | $ 2,000,000.00 | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 08/11/17 | | Bankruptcy Estate of Kenneth Parson | transfer funds to new tee acct | 9999-000 | 2,980.00 | | 2,980.00 |
| | 08/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,970.00 |
| | 09/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,960.00 |
| | 10/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,950.00 |
| | 11/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,940.00 |
| | 12/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,930.00 |
| | 01/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,920.00 |
| | 02/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,910.00 |
| | 03/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,900.00 |
| | 04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,890.00 |
| | 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,880.00 |
| | 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,870.00 |
| | 07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,860.00 |
| | 08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,850.00 |
| * | 09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-003 | | 10.00 | 2,840.00 |
| * | 12/04/18 | | Reverses Adjustment OUT on 09/28/18 | BANK SERVICE FEE | 2600-003 | | -10.00 | 2,850.00 |
| | | | | bank fee returned to account | | | | |
| | 04/10/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 2,850.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | Page Subtotals | | 2,980.00 | 2,980.00 |

Ver: 22.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-11158 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Case Name: | PARSON, KENNETH P. | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******7053 Checking Account |
| Taxpayer ID No: | *******7856 | | | |
| For Period Ending: | 10/03/19 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 2,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,980.00 | 2,980.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,980.00 | 2,850.00 | |
| | | | Subtotal | | 0.00 | 130.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 130.00 | |

Page Subtotals                    0.00                    0.00

Ver: 22.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 17-11158 -JPS | |
| Case Name: | PARSON, KENNETH P. | |

| | |
|---|---|
| Taxpayer ID No: | *******7856 |
| For Period Ending: | 10/03/19 |

| | |
|---|---|
| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0231  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 2,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/19 | | Trsf In From BOK FINANCIAL | INITIAL WIRE TRANSFER IN | 9999-000 | 2,850.00 | | 2,850.00 |
| 06/18/19 | 002001 | TRUSTEE VIRGIL E. BROWN, JR. | Chapter 7 Compensation/Expense | | | 608.86 | 2,241.14 |
| | | 4070 Mayfield Road | | | | | |
| | | CLEVELAND, OH  44121 | | | | | |
| | | | Fees           596.97 | 2100-000 | | | |
| | | | Expenses        11.89 | 2200-000 | | | |
| 06/18/19 | 002002 | Directv, LLC | Claim 000001, Payment 102.11107% | | | 309.08 | 1,932.06 |
| | | by American InfoSource LP as agent | | | | | |
| | | PO Box 5008 | | | | | |
| | | Carol Stream, IL 60197-5008 | | | | | |
| | | | Claim          302.69 | 7100-000 | | | |
| | | | Interest         6.39 | 7990-000 | | | |
| 06/18/19 | 002003 | Aultman Hospital | Claim 000002, Payment 102.11039% | | | 1,319.93 | 612.13 |
| | | 885 S. Sawburg Ave Suite 103 | | | | | |
| | | Alliance, OH 44601 | | | | | |
| | | | Claim        1,292.65 | 7200-000 | | | |
| | | | Interest        27.28 | 7990-000 | | | |
| 06/18/19 | 002004 | KENNETH P. PARSON | Surplus Funds | 8200-002 | | 612.13 | 0.00 |
| | | 6415 SQUIRREL NEST DR | | | | | |
| | | LORAIN, OH  44053-4344 | | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 2,850.00 | 2,850.00 |

Ver: 22.02b

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-11158 -JPS

Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.

Case Name: PARSON, KENNETH P.

Bank Name: Axos Bank

Account Number / CD #: *******0231 Checking Account

Taxpayer ID No: *******7856

For Period Ending: 10/03/19

Blanket Bond (per case limit):

Separate Bond (if applicable): $ 2,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,850.00 | 2,850.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 2,850.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,850.00 | |
| | | | Less: Payments to Debtors | | | 612.13 | |
| | | | Net | | 0.00 | 2,237.87 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******7614 | 3,000.00 | 20.00 | 0.00 |
| Checking Account - *******7053 | 0.00 | 130.00 | 0.00 |
| Checking Account - *******0231 | 0.00 | 2,237.87 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 3,000.00 | 2,387.87 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 22.02b

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 13)*